IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONALD B. EVANS**                                                           **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 1:10-cv-164-HSO-JMR**

**DALE CASKEY, Warden**                                     **RESPONDENT**

## **FINAL JUDGMENT**

This matter came on to be heard on the Report and Recommendation [10] of Chief Magistrate Judge John M. Roper, entered in this cause on October 14, 2010. The Court, after a full review and consideration of Judge Roper's Report and Recommendation [10], the record as a whole, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE